1

2

3

4

5

**Entered on Docket**
**January 19, 2011**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

6

7

8    PITE DUNCAN, LLP
     EDDIE R. JIMENEZ (NV Bar #10376)
9    ACE VAN PATTEN (NV Bar #11731)
     ALEXIS M. BORNHOFT (NV Bar #11523)
10   701 Bridger Avenue, Suite 700
     Las Vegas, Nevada 89101
11   Telephone: (858) 750-7600
     Facsimile: (619) 590-1385
12   E-mail: ecfnvb@piteduncan.com

13   MAILING ADDRESS:
     4375 Jutland Drive, Suite 200
14   P.O. Box 17933
     San Diego, California 92177-0933
15
     Attorneys for   Secured Creditor WELLS FARGO BANK, N.A. ALSO KNOWN AS
16                    WACHOVIA MORTGAGE, A DIVISION OF WELLS FARGO BANK, N.A,
                      AND FORMERLY KNOWN AS WACHOVIA MORTGAGE FSB,
17                    FORMERLY KNOWN AS WORLD SAVINGS BANK, FSB

18
                          UNITED STATES BANKRUPTCY COURT
19
                                DISTRICT OF NEVADA
20

21   In re                                    Bankruptcy Case No. BK-S-10-31330-lbr
                                               Chapter 7
22   SONIA LEON,
                                               WELLS FARGO BANK, N.A. ALSO
23              Debtor(s).                     KNOWN AS WACHOVIA MORTGAGE,
                                               A DIVISION OF WELLS FARGO BANK,
24                                             N.A, AND FORMERLY KNOWN AS
                                               WACHOVIA MORTGAGE FSB,
25                                             FORMERLY KNOWN AS WORLD
                                               SAVINGS BANK, FSB'S ORDER
26                                             TERMINATING AUTOMATIC STAY
                                               Date:    January 5, 2011
27                                             Time:    10:30 a.m.
28

1       A hearing on Secured Creditor Wells Fargo Bank, N.A. also known as Wachovia

2   Mortgage, a division of Wells Fargo Bank, N.A, and formerly known as Wachovia Mortgage

3   FSB, formerly known as World Savings Bank, FSB's Motion for Relief From the Automatic

4   Stay came on regularly for hearing in the United States Bankruptcy Court before the Honorable

5   Linda B. Riegle, Ace Van Patten appearing on behalf of Secured Creditor.

6       The court having duly considered the papers and pleadings on file herein and

7   being fully advised thereon and finding cause therefor:

8       IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

9       The automatic stay of 11 United States Code section 362 is hereby immediately

10  terminated as it applies to the enforcement by Movant of all of its rights in the real property

11  under the Note and Deed of Trust encumbering the real property commonly known as 5042

12  Saluda Circle, Las Vegas, Nevada 89118 ("Real Property"), which is legally described as:

13              LOT THIRTY-SIX (36) IN BLOCK ONE (1) OF
                FOOTHILL VILLAGES UNIT NO.1, AS SHOWN
14              BY MAP THEREOF ON FILE IN BOOK 19 OF
                PLATS,   PAGE   1,   AND   AS   SHOWN   BY
15              AMENDED   PLAT   OF   FOOTHILL   VILLAGES
                UNIT NO. 1, AS SHOWN BY MAP THEREOF
16              ON FILE IN BOOK 19, PAGE 15, IN THE
                OFFICE  OF  THE  COUNTY  RECORDER  OF
17              CLARK COUNTY, NEVADA.

18

19      IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Movant and/or

20  its foreclosure trustee shall mail written notice of the time, date and place of the foreclosure sale

21  of the Real Property to the Debtor(s) at the address for the Real Property at least 7 calendar days

22  prior to the foreclosure sale. In the event that Movant and/or its foreclosure trustee provides at

23  least 7 calendar days' advance notice of the time, date and place of the foreclosure sale of the

24  Real Property in compliance with the notice requirements set forth in Chapter 107 of Nevada

25  Revised Statutes, those notices shall be sufficient to satisfy the requirement of this Court to

26  provide 7 days' notice to the Debtor(s).

27  /././

28  /././

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Movant may offer and provide Debtor with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtor's personal liability is discharged in this bankruptcy case.

APPROVED/DISAPPROVED          APPROVED/DISAPPROVED

_____       _____
JAMES G. CHRISTENSEN          DAVID A. ROSENBERG
DEBTOR(S) ATTORNEY            TRUSTEE

/./.

/./.

/./.

/./.

/./.

/./.

/./.

/./.

/./.

/./.

/./.

/./.

/./.

/./.

/./.

/./.

/./.

/./.

In accordance with LR 9021, counsel submitting this document certifies that the order accurately

reflects the court's ruling and that (check one):

☐    The court has waived the requirement set forth in LR 9021(b)(1).

☐    No party appeared at the hearing or filed an objection to the motion.

☒    I have delivered a copy of this proposed order to all counsel who appeared at the hearing,

and any unrepresented parties who appeared at the hearing, and each has approved or

disapproved the order, or failed to respond, as indicated below [list each party and whether the

party has approved, disapproved, or failed to respond to the document]:

☐    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order

with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of

the order.

☐    Approved.

☐    Disapproved.

☒    Failed to respond. - Debtor's Attorney/Trustee

###

Submitted by:

/s/ ACE VAN PATTEN
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
(858) 750-7600
NV Bar #11731
Attorney for WELLS FARGO
BANK, N.A. ALSO KNOWN
AS WACHOVIA MORTGAGE,
A DIVISION OF WELLS
FARGO BANK, N.A, AND
FORMERLY KNOWN AS
WACHOVIA MORTGAGE
FSB, FORMERLY KNOWN AS
WORLD SAVINGS BANK,
FSB